UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MICKI BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV623-071 |
| WARDEN ADAMS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 6), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. Plaintiff's claims against Defendants Adams, Flowers, and Shepard are DISMISSED. His requests for injunctive relief are DISMISSED. His remaining claims remain pending as stated in the Magistrate Judge's Order and Report and Recommendation. (See doc. no. 6 at 15.)

ORDER ENTERED at Augusta, Georgia, this 20th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA